```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                   CLARKSBURG DIVISION
```

**COOKE & MOSES, LLC,**
**ROY COOKE AND JEFFREY MOSES**

    Plaintiffs,

                                CIVIL ACTION NO. 1:06-CV-147
v.                                   (Judge Keeley)

**QSS-ENGINEERED SYSTEMS GROUP, LLC,**
d/b/a Deligo Technologies, a Michigan
Limited Liability Company,
**QUALITY SOFTWARE SOLUTIONS, INC.,**
a Michigan Corporation, d/b/a
**QSSOLUTIONS, INC., THOMAS KELLY,**
**DAVID H. MARSH, ARTHUR C. CARLUCCI,**
**DENNIS MOORE, DEMO A. STAVROS,**
**ROBERT WIDMAN, ROBERT ZEINSTRA,**
**and JOHN DOES 1-10**

    Defendants.


## ORDER DENYING DEFENDANTS' MOTION
## TO EXCEED PAGE LIMITATION AS MOOT

On August 3, 2007, Defendants filed a Motion to Exceed Page Limitation (dkt. no. 38) with Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Dismiss. The reason Defendants filed this motion was because the reply exceeded the 15 page limitation established by LR Civ. P. 7.02. Although this Court never explicitly ruled on Defendants' motion, the Court did accept the reply brief and consider it during its decision of the motion

**COOKE & MOSES, LLC, ET. AL. V. QSS, ET. AL.**                  **1:06CV147**

**ORDER DENYING DEFENDANTS' MOTION
TO EXCEED PAGE LIMITATION AS MOOT**

to dismiss.  Therefore, the Defendant's Motion to Exceed Page Limitation is **DENIED AS MOOT**.

It is **SO ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 24, 2007

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE